IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 7 |
| | } | |
| ALAN GREATSINGER, | } | Case Number: 14-82832 |
| | } | |
| Debtor. | } | JUDGE THOMAS M. LYNCH |

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Joseph D. Olsen, Trustee ("Trustee"), pursuant to 11 U.S.C. §347 and Rule 3011 of the Federal Rules of Bankruptcy Procedure, provides the following report of Trustee's deposit of claimed property with the Clerk of the Bankruptcy Court:

1. On May 11, 2015, this Court entered an Order for Relief under Chapter 7 against the Debtor. Trustee was subsequently appointed, qualified and continues to serve as Trustee in this case.

2. On August 4, 2016, the Trustee sent a distribution check via U.S. Mail to the Debtor in the amount of $8,219.76.

3. The distribution check for the Debtor has remained outstanding for over 90 days.

4. By reason of the foregoing, Trustee has stopped payment on the distribution check and has deposited the unclaimed funds by payment of same to the Clerk of the Bankruptcy Court pursuant to 11 U.S.C. § 347 of the Bankruptcy Code.

Respectfully submitted,

_____
Joseph D. Olsen, Trustee

Joseph D Olsen
Yalden Olsen & Willette
1318 East State Street
Rockford, IL 61104-2228
(815) 965-8635