**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: GREATSINGER, ALAN J.            § Case No. 14-82832
                                        §
                                        §
Debtor(s)                               §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $264,000.00                 Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $16,324.79   Claims Discharged
                                              Without Payment: $0.00

Total Expenses of Administration: $9,455.45

---

3) Total gross receipts of $ 34,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 8,219.76 (see **Exhibit 2**), yielded net receipts of $25,780.24 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $157,702.85 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 9,455.45 | 9,455.45 | 9,455.45 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 16,324.79 | 16,324.79 | 16,324.79 |
| **TOTAL DISBURSEMENTS** | $0.00 | $183,483.09 | $25,780.24 | $25,780.24 |

4) This case was originally filed under Chapter 7 on September 18, 2014. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/12/2016        By: /s/JOSEPH D. OLSEN
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Wisconsin Acerage | 1110-000 | 27,500.00 |
| Vacant lot (1/2) Hayward, WI | 1210-000 | 6,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$34,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| GREATSINGER, ALAN J. | Dividend paid 100.00% on $8,219.76; Claim# SURPLUS; Filed: $8,219.76; Reference: | 8200-004 | 0.00 |
| US Bankruptcy Court | UNCLAIMED FUNDS - TURNOVER TO USBC | 8200-001 | 8,219.76 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$8,219.76** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company LLC | 4110-000 | N/A | 6,421.09 | 0.00 | 0.00 |
| 2 | WELLS FARGO BANK, N.A. | 4110-000 | N/A | 151,281.76 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$157,702.85** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 3,328.02 | 3,328.02 | 3,328.02 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 464.05 | 464.05 | 464.05 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 1,917.00 | 1,917.00 | 1,917.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Knight Barry Title Services | 2500-000 | N/A | 125.00 | 125.00 | 125.00 |
| Knight Barry Title Services | 2500-000 | N/A | 125.00 | 125.00 | 125.00 |
| Knight Barry Title Services | 2500-000 | N/A | 50.00 | 50.00 | 50.00 |
| Knight Barry Title Services | 2500-000 | N/A | 375.00 | 375.00 | 375.00 |
| Knight Barry Title Services | 2820-000 | N/A | 19.50 | 19.50 | 19.50 |
| Knight Barry Title Services | 2500-000 | N/A | 100.00 | 100.00 | 100.00 |
| Knight Barry Title Services | 2500-000 | N/A | 125.00 | 125.00 | 125.00 |
| Knight Barry Title Services | 2500-000 | N/A | 50.00 | 50.00 | 50.00 |
| Knight Barry Title Services | 2500-000 | N/A | 414.00 | 414.00 | 414.00 |
| Knight Barry Title Services | 2820-000 | N/A | 82.50 | 82.50 | 82.50 |
| Knight Barry Title Services | 2500-000 | N/A | 100.00 | 100.00 | 100.00 |
| Knight Barry Title Services | 2500-000 | N/A | 60.00 | 60.00 | 60.00 |
| Rabobank, N.A. | 2600-000 | N/A | 43.54 | 43.54 | 43.54 |
| Rabobank, N.A. | 2600-000 | N/A | 44.80 | 44.80 | 44.80 |
| Rabobank, N.A. | 2600-000 | N/A | 44.73 | 44.73 | 44.73 |
| Benning Group, LLC | 3310-000 | N/A | 500.00 | 500.00 | 500.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 326.00 | 326.00 | 326.00 |
| Wisconsin Department of Revenue | 2820-000 | N/A | 995.00 | 995.00 | 995.00 |
| Rabobank, N.A. | 2600-000 | N/A | 49.89 | 49.89 | 49.89 |
| Rabobank, N.A. | 2600-000 | N/A | 42.08 | 42.08 | 42.08 |
| Rabobank, N.A. | 2600-000 | N/A | 42.02 | 42.02 | 42.02 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 12.32 | 12.32 | 12.32 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $9,455.45 | $9,455.45 | $9,455.45 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 3,497.46 | 3,497.46 | 3,497.46 |
| 3I | Capital One Bank (USA), N.A. | 7990-000 | N/A | 6.64 | 6.64 | 6.64 |
| 4 | AT&T Mobility II LLC | 7100-000 | N/A | 561.23 | 561.23 | 561.23 |
| 4I | AT&T Mobility II LLC | 7990-000 | N/A | 1.07 | 1.07 | 1.07 |
| 5 | WORLD'S FOREMOST BANK | 7100-000 | N/A | 2,235.16 | 2,235.16 | 2,235.16 |
| 5I | WORLD'S FOREMOST BANK | 7990-000 | N/A | 4.24 | 4.24 | 4.24 |
| 6 | Attorney James T. Zuba | 7200-000 | N/A | 10,000.00 | 10,000.00 | 10,000.00 |
| 6I | Attorney James T. Zuba | 7990-000 | N/A | 18.99 | 18.99 | 18.99 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $16,324.79 | $16,324.79 | $16,324.79 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-82832  
**Case Name:** GREATSINGER, ALAN J.

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 05/07/15 (c)  
**§341(a) Meeting Date:** 06/08/15

**Period Ending:** 12/12/16

**Claims Bar Date:** 11/06/15

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 10620 Grover Oaks Rd. | 140,000.00 | 0.00 | | 0.00 | FA |
| 2 | Wisconsin Acerage | 80,000.00 | 27,500.00 | | 27,500.00 | FA |
| 3 | Cash on hand | 200.00 | 0.00 | | 0.00 | FA |
| 4 | Checking - Blackhawk State Bank | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | HGGS/furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Wearing apparel | 300.00 | 0.00 | | 0.00 | FA |
| 7 | Carpenter's Union fund | 2,500.00 | 0.00 | | 0.00 | FA |
| 8 | Carpenter's Union Pension | 100,000.00 | 0.00 | | 0.00 | FA |
| 9 | 2007 E250 Ford Van | 6,000.00 | 0.00 | | 0.00 | FA |
| 10 | 2004 Pontiac Van | 3,000.00 | 0.00 | | 0.00 | FA |
| 11 | 1/2 interest in tax refund (in trust account ) | 10,000.00 | 0.00 | | 0.00 | FA |
| 12 | Vacant lot (1/2) Hayward, WI  (u) | 0.00 | 6,500.00 | | 6,500.00 | FA |
| 12 | **Assets    Totals** (Excluding unknown values) | **$344,000.00** | **$34,000.00** | | **$34,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     June 30, 2016      **Current Projected Date Of Final Report (TFR):**     July 12, 2016  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-82832  
**Case Name:** GREATSINGER, ALAN J.  
**Taxpayer ID #:** **-***1346  
**Period Ending:** 12/12/16  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1566 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 10/05/15 | {2} | Robert Greatsinger | earnest money re: offer to purchase | | 1110-000 | 500.00 | | 500.00 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 490.00 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 480.00 |
| 12/02/15 | | Knight Barry Title Services | Proceeds from 15058W Right Of Way Rd | | | 26,168.50 | | 26,648.50 |
| | {2} | | proceeds of sale | 27,500.00 | 1110-000 | | | 26,648.50 |
| | {2} | | Dep. retained by sellers | -500.00 | 1110-000 | | | 26,648.50 |
| | | | Settlement or closing fee | -125.00 | 2500-000 | | | 26,648.50 |
| | | | Special Assessment letter | -50.00 | 2500-000 | | | 26,648.50 |
| | | | Owners Title Insurance | -414.00 | 2500-000 | | | 26,648.50 |
| | | | State tax/stamps | -82.50 | 2820-000 | | | 26,648.50 |
| | | | Attorney deed & transfer prep. fee | -100.00 | 2500-000 | | | 26,648.50 |
| | | | Document & proceeds delivery fee | -60.00 | 2500-000 | | | 26,648.50 |
| 12/02/15 | | Knight Barry Title Services | Proceeds from 10243 Metcalf Rd | | | 5,705.50 | | 32,354.00 |
| | {12} | | | 6,500.00 | 1210-000 | | | 32,354.00 |
| | | | Closing fee | -125.00 | 2500-000 | | | 32,354.00 |
| | | | Endorsement Gap | -125.00 | 2500-000 | | | 32,354.00 |
| | | | Special Assessment Letter | -50.00 | 2500-000 | | | 32,354.00 |
| | | | Owner's title insurance | -375.00 | 2500-000 | | | 32,354.00 |
| | | | State tax/stamps | -19.50 | 2820-000 | | | 32,354.00 |
| | | | Attorney deed & transfer Prep. fee | -100.00 | 2500-000 | | | 32,354.00 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 43.54 | 32,310.46 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 44.80 | 32,265.66 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 44.73 | 32,220.93 |
| 03/09/16 | 101 | Benning Group, LLC | Per Ct. Order of 3/7 to pay accts. | | 3310-000 | | 500.00 | 31,720.93 |
| 03/09/16 | 102 | Illinois Department of Revenue | IL-1041 for year end 12/31/15 (EIN 36-6501346) | | 2820-000 | | 326.00 | 31,394.93 |
| 03/09/16 | 103 | Wisconsin Department of Revenue | EIN 36-6501346, Form 2 year ended 12/31/15 | | 2820-000 | | 995.00 | 30,399.93 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 49.89 | 30,350.04 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 42.08 | 30,307.96 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 42.02 | 30,265.94 |
| 06/02/16 | 104 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/02/2016 FOR CASE | | 2300-000 | | 12.32 | 30,253.62 |

Subtotals :     $32,374.00     $2,120.38

{} Asset reference(s)

Printed: 12/12/2016 12:28 PM     V.13.28

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 14-82832  
**Case Name:** GREATSINGER, ALAN J.  
**Taxpayer ID #:** **-***1346  
**Period Ending:** 12/12/16

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1566 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #14-82832 | | | | |
| 08/04/16 | 105 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,917.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,917.00 | 28,336.62 |
| 08/04/16 | 106 | JOSEPH D. OLSEN | Dividend paid 100.00% on $3,328.02, Trustee Compensation;  Reference: | 2100-000 | | 3,328.02 | 25,008.60 |
| 08/04/16 | 107 | JOSEPH D. OLSEN | Dividend paid 100.00% on $464.05, Trustee Expenses;  Reference: | 2200-000 | | 464.05 | 24,544.55 |
| 08/04/16 | 108 | GREATSINGER, ALAN J. | Dividend paid 100.00% on $8,219.76; Claim# SURPLUS; Filed: $8,219.76; Reference: Stopped on 11/14/16 | 8200-004 | | 8,219.76 | 16,324.79 |
| 08/04/16 | 109 | AT&T Mobility II LLC | Combined Check for Claims#4,4I | | | 562.30 | 15,762.49 |
| | | | Dividend paid 100.00%  561.23 on $561.23;  Claim# 4; Filed: $561.23 | 7100-000 | | | 15,762.49 |
| | | | Dividend paid 100.00%  1.07 on $1.07;  Claim# 4I; Filed: $1.07 | 7990-000 | | | 15,762.49 |
| 08/04/16 | 110 | Attorney James T. Zuba | Combined Check for Claims#6,6I | | | 10,018.99 | 5,743.50 |
| | | | Dividend paid 100.00%  10,000.00 on $10,000.00;  Claim# 6; Filed: $10,000.00 | 7200-000 | | | 5,743.50 |
| | | | Dividend paid 100.00%  18.99 on $18.99;  Claim# 6I; Filed: $18.99 | 7990-000 | | | 5,743.50 |
| 08/04/16 | 111 | Capital One Bank (USA), N.A. | Combined Check for Claims#3,3I | | | 3,504.10 | 2,239.40 |
| | | | Dividend paid 100.00%  3,497.46 on $3,497.46;  Claim# 3; Filed: $3,497.46 | 7100-000 | | | 2,239.40 |
| | | | Dividend paid 100.00%  6.64 on $6.64;  Claim# 3I; Filed: $6.64 | 7990-000 | | | 2,239.40 |
| 08/04/16 | 112 | WORLD'S FOREMOST BANK | Combined Check for Claims#5,5I | | | 2,239.40 | 0.00 |
| | | | Dividend paid 100.00%  2,235.16 on $2,235.16;  Claim# 5; Filed: $2,235.16 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%  4.24 on $4.24;  Claim# 5I; Filed: $4.24 | 7990-000 | | | 0.00 |
| 11/14/16 | 108 | GREATSINGER, ALAN J. | Dividend paid 100.00% on $8,219.76; Claim# | 8200-004 | | -8,219.76 | 8,219.76 |

Subtotals :  $0.00  $22,033.86

{} Asset reference(s)  
Printed: 12/12/2016 12:28 PM  V.13.28

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 14-82832 | | **Trustee:** | JOSEPH D. OLSEN (330400) |
| --- | --- | --- | --- | --- |
| **Case Name:** | GREATSINGER, ALAN J. | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******1566 - Checking Account |
| **Taxpayer ID #:** | **-***1346 | | **Blanket Bond:** | $1,500,000.00   (per case limit) |
| **Period Ending:** | 12/12/16 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | SURPLUS; Filed: $8,219.76; Reference: Stopped: check issued on 08/04/16 | | | | |
| 11/15/16 | 113 | US Bankruptcy Court | UNCLAIMED FUNDS - TURNOVER TO USBC | 8200-001 | | 8,219.76 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 32,374.00 | 32,374.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 32,374.00 | 32,374.00 | |
| | | | Less: Payments to Debtors | | | 8,219.76 | |
| | | | **NET Receipts / Disbursements** | | $32,374.00 | $24,154.24 | |

| | | | | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- | --- | --- | --- |
| Net Receipts : | 32,374.00 | | **TOTAL - ALL ACCOUNTS** | | | |
| Plus Gross Adjustments : | 1,626.00 | | **Checking # ******1566** | 32,374.00 | 24,154.24 | 0.00 |
| Net Estate : | $34,000.00 | | | $32,374.00 | $24,154.24 | $0.00 |

{} Asset reference(s)                                                                                           Printed: 12/12/2016 12:28 PM    V.13.28